R. H. MACY & CO., INC. *v.* UNITED STATES

No. 7559.—Invoice dated London, England, September 1945.
        Certified September 1945.
        Entered at New York, N. Y., December 3, 1945.
        Entry No. 717878/1.

(Decided March 4, 1948)

*John R. Rafter* for the plaintiff.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

JOHNSON, Judge: This proceeding has been submitted upon a stipulation wherein the parties hereto have agreed that the issues involved in this reappraisement are the same in all material respects as in the case of *United States* v. *Wm. S. Pitcairn Corp.,* 33 C. C. P. A. 183, C. A. D. 334. The record in that case was admitted as part of the record herein.

In view of the aforesaid stipulation and accepting same as a statement of fact, and in view of the decision cited, I find and hold that the export values of the merchandise are the values found by the appraiser.

Judgment will be rendered accordingly.